IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ED MUEGGE, | ) | CIVIL 09-00614-LEK-BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| AQUA HOTELS AND RESORTS, INC., et al., | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 16, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S AMENDED BILL OF COSTS," docket entry no. 399, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 24, 2014.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ED MUEGGE VS. AQUA HOTELS AND RESORTS; CIVIL 09-00614 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDING AND RECOMMENDATION**